**Order filed, April 23, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00824-CV
_____

## MARTHA RANGEL GONZALEZ, Appellant

## V.

## VIRGILIO RAMON-SAVALZA, Appellee

---

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2011-23305**

---

## ORDER

The reporter's record in this case was due December 10, 2012. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record or notification as to payment for the reporter's record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Jennifer Slessinger, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM